Judge: Hilton     **SENTENCING**     Date: 8/28/2015

Reporter: Westfall     Time: 9:00 to 9:38

Interpreter:     Language:

Cr. # 1:15CR00164-001     AUSA: Michael Ben'Ary

U.S. v. Ali Shukri Amin     Defense: Joseph Flood

The Court finds the guidelines to be properly assessed by the probation officer, and finds that a downward departure is appropriate due to the statutory maximum in this case.

Considering the factors under § 3553, and considering the defendant's actions in this offense, his age, and lack of record, the Court finds that the following sentence is appropriate.

**Sentence Imposed:**

136     Months imprisonment

Life     term of supervised release

**Conditions of Supervised Release:**
- _____ Substance abuse testing/treatment at direction of PO
- _____ Cooperate w/any orders/directives of the Bureau of Immigration and Customs Enforcement
- _____ Pay the restitution in monthly installments of $_____ to commence within 60 days after release from confinement.
- _____ No new credit
- ✓ Allow PO access to financial info.
- _____ Serve a term of _____ months home confinement: (   ) with electronic monitoring
- _____ Mental health testing/treatment (   ) with work release
- _____ Mandatory drug testing is waived
- Other: The defendant shall be subject to any screening or monitoring of internet use, as directed by the probation officer.

**Monetary penalties:**

$100.00 Assessment $ 0 Fine

$_____ Restitution Ordered pursuant to the Restitution Judgment entered and filed in open court.

**Recommendations to BOP:**
- _____ Court rec. that the dft be incarcerated in a facility where he/she can receive drug treatment.
- _____ Court rec. that the dft be allowed to participate in the 500 hour drug treatment program
- ✓ The Court recommends that the defendant be designated to the facility in Butner, North Carolina.

Defendant: ✓ Remanded _____ To voluntarily surrender once space is available.