|                                         |                                         |
|-----------------------------------------|-----------------------------------------|
|                                         | TYPE OF HEARING: <u>R5(SVR)</u>         |
|                                         | CASE NUMBER:  <u>1:15-cr-164</u>        |
|                                         | MAGISTRATE JUDGE: <u>Ivan D. Davis</u>  |
|                                         | DATE: <u>1/12/2023</u>                  |
|                                         | TIME: <u>2:00 p.m.</u>                  |
| EASTERN DISTRICT OF VIRGINIA            | DEPUTY CLERK: <u>Laura Guerra</u>       |
| UNITED STATES OF AMERICA                |                                         |
|         VS.                             |                                         |

<u>      Ali Shukri Amin              </u>

<u>Govt Counsel</u>:  <u>Gavin Tisdale and Thomas W. Traxler         </u>

<u>Deft Counsel</u>:   <u>w/o counsel                           </u>

<u>Duty AFPD</u>:     <u>Brooke Rupert                           </u>

<u>Interpreter</u>: <u>                                          </u>

Deft informed of rights, charges, and penalties ( )
Deft informed of rights, and violations (x)
Court to appoint counsel:(  ) FPD (  ) CJA (  ) Conflict List (  )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny ( )

Deft's family retaining counsel.

BOND:

Gov't is seeking detention – GRANTED. Deft remanded.


(  ) Deft is remanded to the custody of the USMS due to
(  ) of non-appearance ( ) safety of the community
(  ) Deft reserves the right of the Courts determination as to detention based on a change of circumstances.

**NEXT COURT APPEARANCE:  1/13/2023 DH IDD**

**TIME: 2:00 p.m.**