AO 442 (Rev. 11/11) Arrest Warrant

9743753

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
2023 JAN 12 A 11: 59

| United States of America | ) |
|---|---|
| v. | ) |
| ALI SHUKRI AMIN | ) Case No. 1:15CR00164-001 |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     ALI SHUKRI AMIN,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☑ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

See Petition on Supervised Release

RECEIVED UNITED STATES MARSHAL
2023 JAN -9 AM 11:2
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Date:     01/09/2023

*Claude M. Hilton*
Issuing officer's signature

City and state:     Alexandria, Virginia

CLAUDE M. HILTON, United States District Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 1/09/2023, and the person was arrested on *(date)* 1/11/2023
at *(city and state)* Triangle, VA.

Date: 1/12/2023

*Arresting officer's signature*

Grant Davison   Special Agent
*Printed name and title*