# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): _____Jessica Carmichael_____

Electronic Device(s): _____Laptop with hard drive containing discovery_____

Purpose and Location Of Use: _____SRV hearing- presentation of evidence, Judge Hilton's courtroom_____

Case No.: ____1:15cr164_____

Date(s) Authorized: ____February 13, 2023_____

IT Clearance Waived: _____(Yes)   _____(No)

APPROVED BY:

Date:_____   _____
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: _____   _____
IT Staff Member                                    Date(s)

**IT clearance must be completed, unless waived, before court appearance.**