# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Alexandria Division

UNITED STATES OF AMERICA

v.

Case Number: 1:15CR00164-001

ALI SHUKRI AMIN,

Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON REVOCATION OF SUPERVISED RELEASE
(For Offense(s) Committed on or After November 1, 1987)

The defendant, Ali Shukri Amin, was represented by, Jessica Carmichael, Esquire.

Finding that the defendant in the above styled case, who was convicted on August 28, 2015, and sentenced to ONE HUNDRED THIRTY-SIX (136) MONTHS, reduced to SEVENTY-TWO (72) MONTHS on April 27, 2018, followed by a LIFE term of supervised release, has violated the terms of his supervised release; it is hereby

ORDERED and ADJUDGED that the defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of TWELVE MONTHS, with credit for time served; and it is further

ORDERED that a LIFETIME term of supervised release is reimposed with the same terms and conditions previously imposed; and it is further

ORDERED that the defendant is remanded to the custody of the United States Marshal.

Signed this 30th day of Mar, 2023.

Claude M. Hilton
United States District Judge