# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

UNITED STATES OF AMERICA     )
                                 )
        v.                )       Case No.   1:15-cr-164
                                 )
ALI AMIN                 )
                                 )
       Defendant.       )

## ALI AMIN'S CORRECTED NOTICE OF APPEAL

The defendant, Ali Amin, by CJA counsel, respectfully appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered on September 18, 2023, ECF No. 100, denying Ali Amin's Motion for Return of Property under Federal Rule of Criminal Procedure 41(g) and granting the government's motion for its supporting declaration to remain *ex parte* and under seal.[1]

This Notice of Appeal is corrected to reflect the proper docket entry of appeal and to detail both decisions of the District Court for which Mr. Amin seeks relief in the Fourth Circuit.

> Respectfully submitted
> ALI AMIN
> By Counsel
> CARMICHAEL ELLIS & BROCK, PLLC
> _____/s/_____
> Jessica N. Carmichael, Esq.
> Virginia Bar No. 78339
> Counsel for Defendant
> 108 N. Alfred Street, First Floor
> Alexandria, Virginia 22314
> (703) 684-7908
> jessica@carmichaellegal.com

---

[1] This order is silent on whether the declaration is to remain *ex parte*. To the extent this silence is interpreted as authorizing it, Mr. Amin appeals that decision.

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2023 I filed the foregoing pleading through the ECF system, which shall then send an electronic copy of this pleading to all parties in this action.

_____/s/_____
Jessica N. Carmichael